**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLVIN MCCRIGHT,            )<br>                                              )<br>            Plaintiff,           )<br>                                              )<br>    vs.                               )<br>                                              )<br>                                              )<br>WARDEN JOE MCGRATH, et al.,  )<br>                                              )<br>            Defendant(s).     )<br>                                              ) | No. C 07-03021 JW (PR)<br><br>ORDER DIRECTING PLAINTIFF TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |

On June 11, 2007, plaintiff filed this pro se civil rights action. On that same day, plaintiff filed an application to proceed in forma pauperis. However, the application is deficient as plaintiff failed to submit the following with the application: 1) Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official, and 2) a copy of plaintiff's trust account statement showing transactions for the last six months.

Plaintiff is ordered to file the above documents with the Court to complete the in forma pauperis application no later than **thirty (30) days** from the date of this order. Failure to do so will result in the dismissal of the case without prejudice for failure to pay the filing fee.

DATED:     August 2, 2007                              _____
                                                                           JAMES WARE
                                                                           United States District Judge

Order Directing P to file Complete IFP Application
N:\Pro - Se\8.17.2007\07-03021 McCright03021_ifp-def.wpd