OFFICE OF THE CLERK,
U.S. DISTRICT COURT
NORTHERN DIST. OF CALIF.
280 SOUTH FIRST ST. RM 2112
SAN JOSE, CALIF. 95113-3095

FILED
DECEMBER 25 2007

2007 DEC -- P 3: 14

RICHA...
U.S. DIS...
NO. DIS...

RE: MCCRIGHT v. MCGRATH, ET AL. C-07-03021 JW
COURT FILING FEES IN A CIVIL MATTER.

TO WHOM IT MAY CONCERN:

ON DECEMBER 17, 2007 I WAS NOTIFIED BY THIS COURT THAT THE FILING FEE IN THIS CASE WOULD BE $350.00. FROM THE COURT'S ORDER IT SOUNDS LIKE I'VE ALREADY BEEN CHARGED A FEE FOR THE SUBPOENA DUCES TECUM; IN THAT THE FILING FEE IN A CIVIL CASE IS NOT $350.00. THE MOTION FOR SUBPOENA DUCES TECUM WAS DENIED. SO WHY AM I BEING ASKED TO PAY TWICE THE COST OF WHAT THE FILING FEE IS FOR A CIVIL ACTION?

IN ANY EVENT I WOULD LIKE FROM THIS COURT AN ITEMIZED ACCOUNT LIST OF WHAT ADDS UP TO $350.00 — WHEN THE FILING FEE IS ALMOST HALF THAT AMOUNT (EMPHASIS ADDED).

I AM FAMILIAR WITH THE DISCOVERY PROCESS (FED. R. CIV. P. 33-34), AND PLAN TO UTILIZE IT BEFORE I CONTEMPLATE ANY FILING OF A SUBPOENA DUCES TECUM — IF NECESSARY.

I LOOK FORWARD TO RECEIVING A ITEMIZED ACCOUNT STATEMENT OF WHAT ADDS UP TO $350.00 FOR FILING A CIVIL SUIT. ALSO, IS THERE A PROCEDURE FOR PAYING ME AS A PARA LEGAL IF I AM THE PREVAILING PARTY?

SINCERELY,
MR. COLVIN MCCRIGHT
PLAINTIFF IN FORMA PAUPERIS

CC. CM
   USDC.
   NDC.