MR. COLVIN M&CRIGHT-B-08892
P.O. BOX 7500
CRESCENT CITY, CALIF. 95532


FILED

2008 FEB 19  A 10: 47

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CALIF. S.J.


PLAINTIFF IN FORMA PAUPERIS


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA


COLVIN M&CRIGHT,
    PLAINTIFF

VS.

ROBERT HOREL, ET AL.
    DEFENDANTS,

No. C-07-03021-JW
PLAINTIFF' MOTION FOR AN
ORDER COMPELLING DISCOVERY

[PLAINTIFF] MOVES THIS COURT FOR AN ORDER PURSUANT TO RULE 37(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE COMPELLING DEFENDANT, ROBERT HOREL (OR HIS REPRESENTATIVE) TO PRODUCE FOR INSPECTION AND COPYING THE DOCUMENTS LISTED IN THE ATTACHED "REQUEST FOR PRODUCTION OF DOCUMENTS". [PLAINTIFF] SUBMITTED A WRITTEN REQUEST FOR THESE DOCUMENTS, PURSUANT TO RULE 34 OF THE FEDERAL RULES OF CIVIL PROCEDURE ON, DECEMBER 31, 2007, BUT HAVE NOT YET RECEIVED THE DOCUMENTS.

[PLAINTIFF] ALSO MOVES FOR AN ORDER PURSUANT TO RULE 37(a)(4) REQUIRING THE AFORESAID DEFENDANT TO PAY PLAINTIFF THE SUM OF $100.00 (ONE HUNDRED DOLLARS) FOR MAKING HIM FILE THIS MOTION WHILE ACTING IN THE CAPACITY OF A QUALIFIED PARA-LEGAL; [PLAINTIFF] ALSO REQUEST THAT DEFENDANT(S) BE ORDERED TO PAY PLAINTIFF' $350.00 FILING FEE ON THE GROUND THAT THE DEFENDANT(S) HAD NO SUBSTANTIAL JUSTIFI-CATION FOR NOT PRODUCING THE DOCUMENTS; AND/OR THESE MONETARY SANCTIONS WILL ENCOURAGE DEFENDANT'S TO

I

CEASE-AND-DESIST FROM USING DILATORY SCHEMES TO
DELAY OR MAGNIFY THESE PROCEEDINGS.

THIS MOTION IS BASED UPON THE PAPERS AND FILES
IN THIS MATTER — AND THE ATTACHED EXHIBIT "A".

DATED: FEBRUARY 11, 2008

_Colvin McCright_
COLVIN McCRIGHT
PLAINTIFF IN FORMA PAUPERIS

[1] PLAINTIFF WOULD LIKE THE COURT TO TAKE "JUDICIAL NOTICE"
THAT EMPLOYEE'S OF THE CALIFORNIA DEPARTMENT OF
CORRECTIONS HAS A LONG HISTORY OF IMPLEMENTING DE FACTO
RULES AND PROCEDURES THAT MOST NOTABLY DATE BACK
TO THE LITIGATION OF HILLERY V. RUSHEN, 720 F.2d 1132 (1983);
WHERE THE CDC WAS INSTRUCTED TO ABIDE BY THE
ADMINISTRATIVE PROCEDURES ACT BEFORE IMPLEMENTING
SUBSTANTIAL RULES AKIN TO THE DE FACTO RAZOR BLADE
POLICY USED TO SEGREGATE PLAINTIFF FROM THE GENERAL
POPULATION ON 2-19-04.
THE DOCUMENTS PLAINTIFF SEEKS WILL PROVE THAT THE
RAZOR BLADE POLICY WAS BASED ON A AGREEMENT BETWEEN
PRISON ADMINISTRATOR'S AND THE DEL NORTE DISTRICT
ATTORNEY.

- 2 -

EXHIBIT
"A"

MR. COLVIN McCRIGHT-B-08392
P.O. Box 7500
CRESCENT CITY, CALIF. 95532

PLAINTIFF IN FORMA PAUPERIS/

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLVIN McCRIGHT
PLAINTIFF

VS.

ROBERT HOREL, ET AL
DEFENDANT(S)

NO. C 07-03021 JW (PR)
REQUEST FOR PRODUCTION
OF DOCUMENTS

PLAINTIFF REQUEST, PURSUANT TO RULE 34 OF THE FEDERAL RULES OF CIVIL PROCEDURE, THAT DEFENDANT (WARDEN) ROBERT HOREL PRODUCE FOR INSPECTION AND COPYING THE FOLLOWING DOCUMENTS:

1. ANY MEMORANDUMS, INTRADEPARTMENTAL DIRECTIVES, E-MAILS, LETTERS (FORMAL OR OTHERWISE) RELATED TO THE RAZOR BLADE PROSECUTION POLICY AT PELICAN BAY STATE PRISON (PBSP); THAT IS, MEMORANDUMS, INTRADEPARTMENTAL DIRECTIVES, E-MAILS AND LETTERS FROM THE DEL NORTE DISTRICT ATTORNEY (DA) OR THE DA'S REPRESENTATIVE AND [WHOEVER] ADMINISTRATIVE OFFICIALS AT PBST WHO AUTHORIZED THE RAZOR BLADE PROSECUTION POLICY THAT RESULTED IN PLAINTIFF, ON 2-19-04, BEING CHARGED WITH "POSSESSION OF A DEADLY WEAPON."

2. ANY MEMORANDUMS, INTRADEPARTMENTAL DIRECTIVES, E-MAILS AND LETTERS BETWEEN THE DIRECTOR OF CORRECTIONS, AND PRISON ADMINISTRATORS RESPONSIBLE FOR IMPLEMENTING THE RAZOR PROSECUTION POLICY;

I

3. COPIES OF THE MEMORANDUMS OR WRITTEN COMMUNICAT-
IONS BY THE DIRECTOR OF CORRECTIONS OR THE DIRECTOR'S
REPRESENTATIVE THAT "APPROVED" OR "DIS-APPROVED" OF THE
RAZOR PROSECUTION POLICY;
ALSO, COPIES OF ANY DOCUMENTS FROM THE OFFICE OF
ADMINISTRATIVE LAW THAT APPROVED OR DISAPPROVED THE
RAZOR PROSECUTION POLICY AT PBSP.

THESE DOCUMENTS ARE TO BE PRODUCED AND PROVIDED TO
PLAINTIFF WITHIN 30-DAYS. IF DEFENDANT'S ARE NOT ABLE
TO PRODUCE THESE DOCUMENTS "OR" ASSERT A CONFIDENTIAL
OBJECTION REGARDING ANY OF THE DOCUMENTS —— STATE
THE OBJECTION IN WRITING SO THAT SAID DOCUMENTS
CAN BE REVIEWED "IN CAMERA" BY THE COURT TO VERIFY
OR DISAPPROVE THE CONFIDENTIAL ASSERTION.

THE REQUESTED DOCUMENTS ARE NECESSARY FOR THE
PREPARATION AND PRESENTATION OF EVIDENCE IF THE CASE
GOES TO TRIAL; SAID DOCUMENTS ARE DIRECTLY RELATED
TO THE "RAZOR BLADE PROSECUTION AGREEMENT BETWEEN
THE DEL NORTE DISTRICT ATTORNEY AND PELICAN BAY
ADMINISTRATORS," AND DEADLY WEAPONS CHARGES
USED TO SEGREGATE PLAINTIFF FROM THE GENERAL
POPULATION ON 2-19-04.

ADDITIONALLY; PLAINTIFF WOULD LIKE COPIES OF
ANY AND ALL DOCUMENTS THAT "SHOWS WHAT DATE"
PLAINTIFF WAS RELEASED FROM ADMINISTRATIVE
SEGREGATION BACK TO THE GENERAL POPULATION AFTER
PLAINTIFF WAS SEGREGATED ON 2-19-04.

SINCERELY,

Colvin McCright

COLVIN McCRIGHT
PLAINTIFF IN FORMA PAUPERIS

DECEMBER 31, 2007

-2-

## PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 101a #2015-5, U.S.C. Sec. 1746)

I, _COLVIN McCRIGHT-B-08892_, am a resident of Pelican Bay State Prison, in the County of

Del Norte, State of California. I am over the age of eighteen (18) years and am a party to this action.

My State Prison address is: Pelican Bay State Prison, P.O. Box 7500, Housing Unit _A3_ Cell

Number _131_, Crescent City, CA 95532-7500.

On the _31_ day of _DECEMBER_ , _2008_, I served the following (set forth the exact

title of document[s] served):

_NO. C-07-03021 JW (PR) REQUEST FOR PRODUCTION OF_

_DOCUMENTS_

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with

postage thereon fully paid, in the United States mail, in a receptacle so provided at Pelican Bay State

Prison, Crescent City, CA 95532, and addressed as follows:

_EDMUND G. BROWN JR._
_ATTORNEY GENERAL_
_OF CALIFORNIA_
_455 GOLDEN GATE AVE._
_SUITE 11000_
_SAN FRANCISCO, CALIF_
_94102-7004_

I declare under penalty of perjury that the foregoing is true and correct:

_Colvin McCright_                    _12/31/08_
Inmate Signature                         Date

Page Number: _3_

_Facility A Law Library_
_Rev. 10/2007_

# PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 101a #2015-5, U.S.C. Sec. 1746)

I, _COLVIN McCRIGHT_, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over the age of eighteen (18) years and am a party to this action.

My State Prison address is: Pelican Bay State Prison, P.O. Box 7500, Housing Unit _A3_ Cell Number _131_, Crescent City, CA 95532-7500.

On the _11_ day of _FEBRUARY_ , _2008_ , I served the following (set forth the exact title of document[s] served):

_(NO. C-07-03021-JW) PLAINTIFF MOTION FOR AN ORDER_

_COMPELLING DISCOVERY_ _____

_____

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a receptacle so provided at Pelican Bay State Prison, Crescent City, CA 95532, and addressed as follows:

_UNITED STATES DISTRICT COURT_
_NORTHERN DISTRICT OF CALIFORNIA_
_280 SOUTH FIRST ST._
_ZII2_
_SAN JOSE, CALIF._
_95113-3095_

_EDMUND G. BROWN, JR_
_ATTORNEY GENERAL_
_OF CALIFORNIA_
_455 GOLDEN GATE AVE_
_SUITE 11000_
_SAN FRANCISCO, CALIF._
_94102-7004_

I declare under penalty of perjury that the foregoing is true and correct:

_Colvin McCright_          _2/11/08_
Inmate Signature                  Date

Page Number: _7_

_Facility A Law Library_
_Rev. 10/2007_