Case 5:07-cv-03021-JW  Document 11  Filed 04/01/2008  Page 1 of 3

ORIGINAL

MR. COLVIN McCRIGHT-B-03892
P.O. BOX 7500, A3-131
CRESCENT CITY, CALIF. 95532



FILED
08 APR -1 PM 12:30

PLAINTIFF IN FORMA PAUPERIS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLVIN McCRIGHT, PLAINTIFF, VS. WARDEN, JOE McGRATH, ET AL., DEFENDANT(S) | DAMAGE DEMAND AND; MOTION FOR DEFAULT JUDGMENT<br><br>CIVIL ACTION NO. C07-03021-JW |

PLAINTIFF MOVES THIS COURT FOR A JUDGMENT BY DEFAULT IN THIS ACTION, AND SHOW THAT THE COMPLAINT IN THE ABOVE CAUSE WAS FILED IN THIS COURT ON DECEMBER 17, 2007. IN DECEMBER '07 PLAINTIFF FILED A "REQUEST FOR PRODUCTION OF DOCUMENTS"; ADDITIONALLY, IN FEBRUARY 08 PLAINTIFF FILED A "MOTION FOR AN ORDER COMPELLING DISCOVERY", OF WHICH IS PENDING IN THIS COURT; NO ANSWER OR OTHER DEFENSE HAS BEEN FILED BY THE DEFENDANTS TO ANY OF THE DOCUMENTS LISTED ABOVE.

BY VIRTUE OF THE FACT THAT THE GIST OF THIS COMPLAINT BEGAN AS A HABEAS CORPUS (NO. C-05-0507-JW), OF WHICH A ORDER TO SHOW CAUSE WAS GRANTED ON SEPTEMBER 21, 2006, THERE IS ABSOLUTELY NO REASONABLE JUSTIFICATION FOR DEFENDANT'S ACTIONS. COUPLED WITH THE FACT THAT IN THE HABEAS ACTION DEFENDANT'S SUGGESTED THAT PLAINTIFF' CLAIM BE BROUGHT AS A CIVIL RIGHTS ACTION UNDER 42 U.S.C. #1983, PLAINTIFF CAN ONLY CONCLUDE THAT DEFENDANT'S CONCEDE THAT THERE WAS NO LEGAL JUSTIFICATION TO FALSELY ACCUSE PLAINTIFF OF POSSESSION OF A DEADLY WEAPON; AND SUBVERT HIS DUE PROCESS RIGHTS.

\* CURRENTLY, DEFENDANT ROBERT HOREL IS THE WARDEN.

I

SEE DEFENDANTS' MOTION TO DISMISS, NO. C-05-05071-JW, DATED OCTOBER 30, 2006.

DEFENDANTS ARE NOT IN THE MILITARY SERVICE AND ARE NOT INFANTS OR INCOMPETENT AS EVIDENCED BY THEIR MOTION TO DISMISS IN THE HABEAS CORPUS LITIGATION; AND PLAINTIFF' DECLARATION SUBMITTED HEREWITH.

WHEREFORE, PLAINTIFF MOVES THAT THIS COURT MAKE AND ENTER A JUDGMENT THAT (1) REQUIRES DEFENDANT(S)[1] TO PAY PLAINTIFF $350.00 FILING FEE; (2) PAY PLAINTIFF $10,000 TO BE DEPOSITED IN PLAINTIFF TRUST ACCOUNT; REQUIRE DEFENDANTS OR THEIR AGENTS TO ISSUE A MEMORANDUM THAT STATES PLAINTIFF DID NOT POSSESS A DEADLY WEAPON ON 2-19-04 OR AT ANY TIME; AND SUCH OTHER RELIEF THIS COURT DEEMS NECESSARY, INCLUDING THE COST OF THIS ACTION.

RESPECTFULLY SUBMITTED

DATED: MARCH 25, 2008.

*Colvin McCright*
COLVIN McCRIGHT
PLAINTIFF IN FORMA PAUPERIS

---

[1] CURRENTLY DEFENDANT ROBERT HOREL IS THE WARDEN OF PELICAN BAY STATE PRISON. HE REPLACES JOE MCGRATH.

-2-

## PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 101a #2015-5, U.S.C. Sec. 1746)

I, COLVIN McCRIGHT, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over the age of eighteen (18) years and am a party to this action.

My State Prison address is: Pelican Bay State Prison, P.O. Box 7500, Housing Unit A-3 Cell Number 131, Crescent City, CA 95532-7500.

On the 25 day of MARCH, 2008, I served the following (set forth the exact title of document[s] served):

DEMAND FOR DAMAGES AND; MOTION FOR DEFAULT JUDGEMENT (CIVIL ACTION NO. C-07-03021-JW), AND DECLARATION IN SUPPORT FOR "DAMAGE DEMAND" AND "MOTION FOR DEFAULT JUDGMENT".

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a receptacle so provided at Pelican Bay State Prison, Crescent City, CA 95532, and addressed as follows:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CALIF
94102

EDMUND G. BROWN
ATTORNEY GENERAL OF CALIF.
455 GOLDEN GATE AVE
SUITE 11000
SAN FRANCISCO, CALIF
94102-7004

I declare under penalty of perjury that the foregoing is true and correct:

Colin McCright          3/25/08
Inmate Signature        Date